UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JUAN JOSE RIZO HERNANDEZ,

        Respondent.

NO. CR. S-03-0509 WBS

ORDER

----oo0oo----

        Defendant has filed a request to correct his sentence pursuant to F.R.Crim.P. 36.  The United States Attorney shall file a response to this request on or before January 15, 2007.  Defendant shall file his reply, if any, on or before January 29, 2007.  The matter will then be taken under submission.

        IT IS SO ORDERED.

DATED:  December 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1