```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES,                  )  Case No. CR-S-03-0509 WBS
11                                 )
              Plaintiff,           )  ORDER GRANTING
12                                 )  GOVERNMENT'S REQUEST FOR LEAVE
         v.                        )  TO FILE LATE OPPOSITION BRIEF
13                                 )
   JUAN RIZO-HERNANDEZ,            )
14                                 )
              Defendant.           )
15 _____)
```

16  On February 16, 2007, the United States, through its counsel
17 Assistant United States Attorney Jason Hitt, requested leave to file
18 a late opposition brief in response to defendant Juan RIZO-
19 HERNANDEZ's motion for relief under Rule 36 of the Federal Rules of
20 Criminal Procedure.

21  For the reasons set forth in the government's motion and
22 declaration, the government's request for leave to file a late
23 opposition brief is **GRANTED** and the government's opposition shall be
24 deemed filed on February 16, 2007. **IT IS FURTHER ORDERED** that the
25 ///
26 ///
27 ///
28 ///
///

1  defendant's reply brief, if any, shall be filed within forty-five
2  (45) days from the date of this Order.
3  Dated:  February 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE